UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 05-159  JRT/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Patrick Donald Hott and<br>Frederick James Moore, | |
| Defendants. | |

ERICA H. MacDONALD, Assistant United States Attorney, 600 U. S. Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415.

CHARLES L. HAWKINS, 150 South 5th Street, Suite 3260, Minneapolis, Minnesota, 55402, for defendant Hott.

CRAIG E. CASCARANO, 150 South 5th Street, Suite 3260, Minneapolis, Minnesota, 55402, for defendant Moore.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 30, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motions to suppress evidence are DENIED [Docket Nos. 27 and 39].

DATED: August 2, 2005.           s/John R. Tunheim
at Minneapolis, Minnesota        JOHN R. TUNHEIM
                                 United States District Court